UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

       Plaintiff,

     -  against –

PRECISION CONSULTING, INC. and
WAYNE GLADNEY,

       Defendants.

-------------------------------------------------------------x

Civil Action No.
20-cv-1794

(Dearie, J.)

(Kuo, M.J.)

## DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55
## AND ORDER OF PERMANENT INJUNCTION

On March 16, 2021, the UNITED STATES OF AMERICA, by its attorney, SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, and Shana C. Priore, Assistant U.S. Attorney, having commenced this action against PRECISION CONSULTING, INC. ("Precision") and WAYNE GLADNEY ("Gladney") (collectively, "defendants") by the filing of a complaint and the issuance of a summons;

This action being brought pursuant to 15 U.S.C. §§ 2616, 2689, alleging, *inter alia*, that defendants were engaging in lead-based paint abatement activities in violation of the Toxic Substances Control Act, 15 U.S.C. §§ 2601 – 2629 ("TSCA"):

The United States seeking, *inter alia*, permanent injunctive relief, enjoining defendants from performing lead-based paint abatement and renovation services in violation of the TSCA;

The summonses and complaint having been served upon defendants on April 22, 2020, and proof of service having been filed with the Office of the Clerk of the Court;

No counsel having appeared before the Court on behalf of Precision;

1

Gladney having appeared before the Court on his own behalf, but having failed to file any documents in this case formally noting his appearance;

Both defendants having failed to answer or otherwise defend themselves in this action;

The Clerk of Court having entered the Notation of Default on January 12, 2021; and

Upon the pleadings, papers and proceedings herein to date,

NOW, on motion of the United States of America, it is hereby

ORDERED AND ADJUDGED that judgment by default be entered against defendants, in favor of the United States, pursuant to Fed. R. Civ. P. 55, permanently enjoining defendants, their agents and employees from:

    a. performing any contracting work involving lead-based paint activities;

    b. performing any abatements, renovations or other work involving the disturbance of lead-based paint; and

    c. advertising any lead-based paint abatement or renovation services; and

that this case is hereby closed.

Dated: Brooklyn, New York
       March 9, 2021

                                                                  _____
                                                                  Honorable Raymond J. Dearie
                                                                  United States District Judge